

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex - Tucson*

*United States Penitentiary*

---

9300 S. Wilmot Road
Tucson, AZ 85756

February 11, 2021

The Honorable Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 252
Detroit, MI. 48226

RE: Bartkowiak, Dale Edward
    Register No.: 55551-039
    Docket No.: 2:17CR20318-001 (1)

Dear Judge Battani:

I regret to inform you that Dale Bartkowiak died on Thursday February 11, 2021. His death resulted from Cancer.

Mr. Bartkowiak was sentenced in the U.S. District Court, Eastern District of Michigan. He was 48 years-old at the time of his death.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Catricia Howard
Complex Warden

cc: M. Rios, Regional Director
    Western Regional Office

    Anthony Merolla, Chief Probation Officer
    Eastern District of Michigan

POOR QUALITY ORIGINAL

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*9300 S Wilmot Road*
*Tucson, Arizona 85756*

Official Business

PHOENIX AZ 852
19 FEB 2021 PM 8 L

48226-271399

The Honorable Marianne O. Battani
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 252
Detroit, MI 48226

RECEIVED
MAR - 8 2021
CLERK'S OFFICE
U.S. DISTRICT COURT